# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-00140-KDB-DSC

| | |
|---|---|
| **MICHAEL SARLO and LORY SARLO** Trustees of the Atlantis Trust, for, and on behalf of, the Atlantis Trust,<br><br>**Plaintiffs,**<br><br>v.<br><br>**RUBY TUESDAY, INC.,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on the Suggestion of Bankruptcy filed by Defendant Ruby Tuesday, Inc. (Doc. No. 4).

Ruby Tuesday, Inc. has filed a notice with the Court indicating it filed for bankruptcy protection pursuant to Chapter 11 in the United States Bankruptcy Court for the District of Delaware on Wednesday, October 7, 2020.

The filing of a bankruptcy petition automatically stays all suits involving the debtor under Section 362 of the United States Bankruptcy Code. 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor"). Accordingly, the Court will stay this matter until the resolution of the bankruptcy proceeding or the automatic stay is lifted.

**IT IS THEREFORE ORDERED** that this matter is **STAYED** until the bankruptcy proceeding is completed or the automatic stay is lifted, whichever comes first.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court every ninety (90) days until the bankruptcy proceeding is completed or the automatic stay is lifted, whichever comes first.

**IT IS SO ORDERED.**

Signed: October 23, 2020

Kenneth D. Bell
United States District Judge